UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**PAUL WASHINGTON,**

Defendant.

Criminal Action No. **94cr355**
(CKK)

## ORDER

This case is before the Court upon the receipt of a Report and Recommendation dated February 25, 2011, from Magistrate Judge Deborah A. Robinson. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this __8__ day of March, 2011,

**ORDERED** that the Report and Recommendation is hereby **ADOPTED** and Defendant's supervised release is revoked; it is

**FURTHER ORDERED** that Defendant Paul Washington shall be Re-sentenced on Wednesday, April 27, 2011, at 1:30 p.m. in Courtroom 28A; it is

**FURTHER ORDERED** that the Government submit an application for a *Writ of Habeas Corpus Ad Prosequendum* in time to have Defendant present for the above hearing; and it is

**FURTHER ORDERED** that upon issuance of the *Writ*, the United States Marshal shall assure defendant's presence for the above Court hearing.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)



Copies to:

Shawn Moore, AFPD
Erin Andrews, AUSA
Tennille Losch, US Probation Officer
Magistrate Judge Deborah A. Robinson